No. 75–5942.  GIBLIN *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 75–5946.  HARPER *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 75–5947.  PRICE *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 75–5948.  WILSON *v.* UNITED STATES; and
No. 75–5972.  KELLEY ET AL. *v.* UNITED STATES. C. A. 8th Cir.  Certiorari denied.  Reported below: 526 F. 2d 615.

No. 75–5951.  LONG *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 75–5954.  WHEELER *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 75–5955.  PRICE *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–5957.  HALL *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 75–5966.  JOHNSON *v.* AMERICAN CREDIT COMPANY OF GEORGIA ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 75–5967.  BROOKS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 75–5969.  PUTIC *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 75–5976.  VENSON *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.